# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

JEREMY DALE WRIGHT, )
)
     Plaintiff, )
)
v. )    Civil No. 3:10-0588
)    Judge Trauger
AXIS GROUP, LLC, individually and doing )
business as Bonnaroo Music and Arts Festival, )
and JOHN DOES, )
)
     Defendants. )

## O R D E R

Defendant Axis Group, LLC filed on October 25, 2010 a Notice of Citizenship of

Defendant Axis Group, LLC (Docket No. 16). It is hereby **ORDERED** that this case is

**DISMISSED** for failure of jurisdiction.

When a limited liability company is a party, the citizenship of every member of the

limited liability company and every member of each "sub-member" of the limited liability

company is relevant for purposes of establishing diversity jurisdiction. *Delay v. Rosenthal*

*Collins Group, LLC*, 585 F.3d 1003, 1005 (6th Cir. 2009). Because a member of Festival

Holdings, LLC is a citizen of the State of Tennessee, which is the state of citizenship of the

plaintiff, this court lacks jurisdiction over this dispute.

It is so **ORDERED**.

ENTER this 26th day of October 2010.

_____
ALETA A. TRAUGER
U.S. District Judge